IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
CASE NUMBER: 2:18-cv-01232-MBS

| | |
|---|---|
| Nationwide Mutual Fire Insurance Company,<br><br>                                    Plaintiff,<br>v.<br><br>Floyd Stanley, Jr. d/b/a Stanley's Vinyl Fence Designs, Complete Building Corporation, Palmetto Pointe at Peas Island Condominium Property Owners Association, Inc., and Jack Love, individually and on behalf of all others similarly situated),<br><br>                                    Defendants. | **ORDER FOR JUDGMENT BY DEFAULT AGAINST DEFENDANT COMPLETE BUILDING CORPORATION** |

This matter if before the Court on Plaintiff Nationwide Mutual Fire Insurance Company's (hereinafter "Nationwide") Motion for Default Judgment against Complete Building Corporation. Nationwide filed this declaratory judgment action on May 4, 2018. Complete Building Corporation was served with Nationwide's Summons and Complaint on May 21, 2018. Complete Building Corporation failed to appear in this action. Nationwide requested entry of default against Complete Building Corporation on June 6, 2019 and amended its request on June 7, 2019. The Clerk entered default on June 7, 2019. Nationwide moved for a default judgment against Complete Building Corporation on June 12, 2019.

For the foregoing reasons, it is **ORDERED** that Nationwide's motion for default judgment against Complete Building Corporation is **GRANTED**.

           **AND IT IS SO ORDERED**

                                                                /s/ Margaret B. Seymour
                                                                MARGARET B. SEYMOUR
                                                                Senior United States District Judge

June 25, 2019 Charleston,
South Carolina